IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL LUMMUS, | § |
| Plaintiff, | § § § |
| v. | §  C.A. No. 4:17-cv-00803-O |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § § § § |
| Defendant. | § § |

# JOINT NOTICE OF SETTLEMENT

Plaintiff Michael Lummus and Defendant Unum Life Insurance Company of America (together, the "Parties"), through the undersigned counsel, announce to the Court that the matters in controversy between them have been settled. The Parties request 30 days to finalize the settlement and file their dismissal pleadings.

Respectfully submitted,

By: /s/ Marc Whitehead
    Marc S. Whitehead
    State Bar No. 00785238
    marc@marcwhitehead.com
    J. Anthony Vessel
    State Bar. No. 24084019
    anthony@marcwhitehead.com
    Britney Anne Heath McDonald
    State Bar No. 24083158
    Britney@marcwhitehead.com

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.
5300 Memorial Drive, Suite 725
Houston, Texas 77007
(713) 228-8888
(713) 225-0940 (Facsimile)

ATTORNEYS FOR PLAINTIFF
MICHAEL LUMMUS


By: /s/ Dennis M. Lynch
    Dennis M. Lynch
    State Bar No. 90001506
    dennis.lynch@figdav.com
    Cameron E. Jean
    State Bar No. 24097883
    cameron.jean@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (Facsimile)

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY
OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent via the Court's ECF system to Marc S. Whitehead, J. Anthony Vessel, and Britney Anne Heath McDonald, Marc Whitehead & Associates, L.L.P., 5300 Memorial Drive, Suite 725, Houston, Texas 77007, on this the 2nd day of November, 2017.

/s/ Dennis M. Lynch
Dennis M. Lynch